**Order entered June 16, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-21-00445-CV**

**IN RE TERRI COOLEY, Relator**

**Original Proceeding from the 95th District Court
Dallas County, Texas
Trial Court Cause No. DC-19-19887**

**ORDER**
Before Justices Schenck, Nowell, and Garcia

Before the Court is relator's June 15, 2021 petition for writ of mandamus in which she challenges the trial court's June 9, 2021 order granting defendant's motion to compel discovery responses. On the Court's motion, we **STAY** the trial court's June 9, 2021 discovery order to the extent that the court directed relator to produce certain electronic devices for inspection. The stay shall remain in effect pending resolution of this original proceeding.

We request that real parties in interest and respondent file a response to the petition for writ of mandamus, if any, within **TEN DAYS** of this order.

/s/     DAVID J. SCHENCK
JUSTICE